CLOSED, TRANSFERRED, TYPE-M

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-02110-RJL**
**Internal Use Only**

SEALIFT INC v. REILLY et al
Assigned to: Judge Richard J. Leon
Cause: 28:1333 Admiralty

Date Filed: 12/12/2006
Date Terminated: 05/23/2007
Jury Demand: None
Nature of Suit: 120 Contract: Marine
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**SEALIFT INC**

represented by **Timothy B. Shea**
NEMIROW HU & SHEA
1629 K Street, NW
Suite 600
Washington, DC 20006
(202) 835-0300
Fax: (202) 835-0306
Email: timbshea@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ROBERT D. REILLY, JR.,**
*Rear Admiral, Commander, Military Sealift Command*

represented by **Peter S. Smith**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Washington, DC 20530-0001
(202) 307-0372
Fax: (202) 514-8780
Email: peter.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By Laura Chipley
Deputy Clerk

**Defendant**

**UNITED STATES OF AMERICA**

represented by **Peter S. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/12/2006 | 1 | COMPLAINT against ROBERT D. REILLY, JR, UNITED STATES OF AMERICA ( Filing fee $ 350 receipt number 4616000872.)filed by SEALIFT INC. (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 12/14/2006) |
| 12/12/2006 | | SUMMONS (3) Issued as to ROBERT D. REILLY, JR, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 12/14/2006) |
| 12/14/2006 | 2 | STANDING ORDER.Signed by Judge Richard J. Leon on 12/14/2006. (CMcP, ) (Entered: 12/14/2006) |
| 02/16/2007 | 3 | NOTICE of Appearance by Peter S. Smith on behalf of ROBERT D. REILLY, JR, UNITED STATES OF AMERICA (Smith, Peter) (Entered: 02/16/2007) |
| 02/16/2007 | 4 | MOTION to Transfer Case by ROBERT D. REILLY, JR, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit GAO Decision on Sealift's Bid Protest# 2 Text of Proposed Order)(Smith, Peter) (Entered: 02/16/2007) |
| 02/27/2007 | 5 | Memorandum in opposition to re 4 MOTION to Transfer Case filed by SEALIFT INC. (Shea, Timothy) (Entered: 02/27/2007) |
| 03/07/2007 | 6 | REPLY to opposition to motion re 4 MOTION to Transfer Case filed by ROBERT D. REILLY, JR, UNITED STATES OF AMERICA. (Smith, Peter) (Entered: 03/07/2007) |
| 03/19/2007 | 7 | NOTICE *and Joint Case Management Statement* by ROBERT D. REILLY, JR, UNITED STATES OF AMERICA (Smith, Peter) (Entered: 03/19/2007) |
| 03/21/2007 | | MINUTE ORDER. The parties are hereby ORDERED to submit a joint proposed scheduling order within 14 days of the date of this order. Signed by Judge Richard J. Leon on 3/21/07. (lcrjl2) (Entered: 03/21/2007) |
| 03/23/2007 | 8 | NOTICE *(Joint) Concerning Schedule* by ROBERT D. REILLY, JR, UNITED STATES OF AMERICA re Order (Smith, Peter) (Entered: 03/23/2007) |
| 04/03/2007 | 9 | NOTICE *of Filing* by SEALIFT INC re 8 Notice (Other) (Attachments: # 1 Text of Proposed Order)(Shea, Timothy) (Entered: 04/03/2007) |
| 05/23/2007 | 10 | MEMORANDUM AND OPINION. Signed by Judge Richard J. Leon on 5/22/07. (whb) (Entered: 05/23/2007) |
| 05/23/2007 | 11 | ORDER TRANSFERRING CASE. Signed by Judge Richard J. Leon on 5/22/07. (whb) (Entered: 05/23/2007) |
| 07/18/2007 | | Case transferred out to the U.S. Court of Federal Claims, pursuant to Court Order entered 5/23/2007. Sent to Court by USPS-Certified Mail. (lc, ) (Entered: 07/18/2007) |