UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 23 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **SEALIFT, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civ. Action No. 06cv2110 (RJL)** |
| **REAR ADMIRAL ROBERT REILLY, *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22nd, day of May 2007, hereby

**ORDERED** that [#4] Defendant's motion to transfer is GRANTED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By Laura Chipley
Deputy Clerk

(N)