# In the United States Court of Federal Claims

No. 07-627C
Filed September 10, 2007

***********************************
SEALIFT, INC.,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
***********************************

**SCHEDULING ORDER**

In accordance with September 10, 2007 telephone scheduling conference, the court orders the following schedule:

1. **Administrative Record**: The Government will serve Plaintiff with a copy of the proposed administrative record no later than October 1, 2007.

2. **Joint Report**: The parties shall confer regarding the completeness and supplementation of the record and file a report no later than October 15, 2007.

3. **Status Conference**: The court will hold a telephone status conference on October 16, 2007 at 3:00 PM EST.

The Government may submit the administrative record electronically to the court but will provide one paper copy for the judge's chambers.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**