IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SEALIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | No. 07-627C |
| THE UNITED STATES, | ) | |
| | ) | (Judge Braden) |
| Defendant. | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the order entered September 10, 2007, the parties, through their respective counsel of record, respectfully submit this joint status report. On October 1, 2007, pursuant to the September 10, 2007 order, defendant sent plaintiff a copy of the proposed administrative record to be filed in this case.

Plaintiff argues that the administrative record is incomplete. Defendant disagrees. The parties are unable to agree on further language to include in this report, and, therefore, will address the matter with the Court during the status conference scheduled on October 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Brian M. Simkin
MARK A. MELNICK
Assistant Director

s/Timothy Shea
TIMOTHY SHEA
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, DC 20006
Tel. 202 835 0300
Fax 202 835 0306

Attorneys for Plaintiff

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

October 15, 2007

Attorneys for Defendant