IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SEALIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | No. 07-627C |
| THE UNITED STATES, | ) | |
| | ) | (Judge Braden) |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order dated September 10, 2007, defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

The administrative record is contained on one CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter on October 3, 2007. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Additionally, defendant is providing a paper copy of the administrative record to the judge's chambers and to counsel for plaintiff pursuant to the Court order dated September 10, 2007. The paper copy consists of 4 volumes.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

October 19, 2007

Attorneys for Defendant