IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SEALIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-627C |
| v. | ) | (Judge Braden) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 25-day enlargement of time, to and including December 14, 2007, within which to file its response to plaintiff's motion to supplement the record and for limited discovery. Our response is currently due on November 19, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, who represents that plaintiff does not oppose this motion.

The enlargement is requested to afford the Government sufficient time to research and draft an appropriate response to plaintiff's motion. Defendant's counsel is currently involved in expedited briefing in another bid protest, California Industrial Resources, Inc. v. United States, No. 07-740, and is scheduled to participate on a panel and judge the semi-finals of the Thomas Tang Moot Court Competition at the National Asian Pacific American Bar Association ("NAPABA") convention in Las Vegas, Nevada from November 15-19, 2007.

Specifically, since plaintiff's motion was filed on November 1, 2007, the following matters have required or will require counsel's attention: preparation of the Government's supplemental brief in Palmyra Pacific Seafoods v. United States, No. 07-35, filed on November

2, 2007; preparation of the Government's opposition to plaintiff's motion for a preliminary injunction and motion for judgment upon the administrative record in California Industrial Resources, Inc. v. United States, No. 07-740 (bid protest), filed on November 9, 2007; travel to Las Vegas, Nevada for NAPABA convention from November 15-19, 2007; preparation of the Government's response to plaintiff's motion to amend the administrative record in California Industrial Resources, Inc. v. United States, No. 07-740 (bid protest), due November 23, 2007; preparation of the Government's post-trial response brief in Alli v. United States, No. 01-669, due November 27, 2007; preparation of the Government's response brief in California Industrial Resources, Inc. v. United States, No. 07-740 (bid protest), due December 3, 2007; preparation of the parties' Uncontroverted Statement of Facts in California Industrial Resources, Inc. v. United States, No. 07-740 (bid protest), due December 10, 2007; and preparation for oral argument in California Industrial Resources, Inc. v. United States, No. 07-740 (bid protest), scheduled for December 13, 2007.

Moreover, an enlargement of time will not prejudice plaintiff because the contract at issue in this protest was awarded more than a year ago; the initial term of the contract has been completed; and the contract is currently in its first option year.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

November 9, 2007

Attorneys for Defendant