# In the United States Court of Federal Claims

No. 07-627C
Filed November 13, 2007

```
***********************************
                                  *
SEALIFT, INC.,                    *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**SCHEDULING ORDER**

Defendant's November 9, 2007 Unopposed Motion for an Enlargement of Time is granted. Defendant will file a response to Plaintiff's November 1, 2007 Motion to Supplement the Administrative Record on or before December 14, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**