# In the United States Court of Federal Claims

No. 07-627C
Filed: January 23, 2008

************************************
SEALIFT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

Pursuant to the January 17, 2008 hearing, the Plaintiff's November 1, 2007 Motion to Supplement the Administrative Record is granted. Therefore, the Administrative Record will be supplemented with documents 1-59 in Plaintiff's November 1, 2007 Supplemental Administrative Record.

Additionally, the court orders the following schedule:

1. Defendant will supplement the administrative record as ordered and provide a corrected index of the record on or before January 30, 2008.

2. Plaintiff will file a Motion for Judgment on the Administrative Record on or before February 7, 2008.

3. Defendant will file a Response to Plaintiff's Motion for Judgment on the Administrative Record and a Cross-Motion for Judgment on the Administrative Record on or before March 7, 2008.

4. Plaintiff will file a Response to Defendant's Cross-Motion for Judgment on the Administrative Record and a Reply to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record on or before March 21, 2008.

5. Defendant will file a Reply to Plaintiff's Response to Defendant's Cross-Motion for Judgment on the Administrative Record on or before April 4, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**