IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SEALIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | No. 07-627C |
| THE UNITED STATES, | ) | |
| | ) | (Judge Braden) |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF A REVISED INDEX AND SUPPLEMENTAL MATERIALS TO THE ADMINISTRATIVE RECORD PURSUANT TO THE COURT'S JANUARY 23, 2008 ORDER**

Pursuant to the Court's January 23, 2008 order, the United States respectfully submits the attached supplemental materials and revised index to be added to the administrative record in this case.

As directed by the Court's August 23, 2007 order, the supplemental materials, which are in excess of 100 pages, are being filed in traditional, hard-copy form.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

Joel A. Weger
Associate Counsel
Military Sealift Command
914 Charles Morris Ct., S.E.
Building 210, Room 425
Washington Navy Yard, D.C. 20398

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3689
Fax. (202) 305-7643

January 30, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 30th day of January 2008, I caused to be delivered by overnight mail, copies of "DEFENDANT'S NOTICE OF FILING OF A REVISED INDEX AND SUPPLEMENTAL MATERIALS TO THE ADMINISTRATIVE RECORD PURSUANT TO THE COURT'S JANUARY 23, 2008 ORDER" addressed as follows:

Timothy Shea
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, D.C. 20006
Tel. (202) 835-0300

s/Marla T. Conneely