IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SEALIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 07-627C |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | Protected Materials To Be Disclosed |
| THE UNITED STATES, | ) | Only In Accordance With U.S. Court |
| | ) | of Federal Claims Protective Order |
| Defendant. | ) | |

**INDEX TO THE ADMINISTRATIVE RECORD**

**TABS** **PAGE(S)**

## Documents Relating To Contract No. N00033-06-C-5405


1. STATEMENT OF WORK (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . 1

2. SYNOPSIS (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

3. SBA DOCUMENTATION (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . 49

4. SOLICITATION (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . . . . . . . 50

5. AMENDMENTS (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . . . . . . 116

Call for FPRs, dtd 12/13/05

Amendment 1, dtd 12/05/05

6. SUCCESSFUL OFFER (SEALIFT, INC.) (Contract No. N00033-66-C-5405) . . . . . . 122

7. UNSUCCESSFUL OFFERS (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . 142

8. PRE-B CM (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 160

9. PRICING (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 172

10. COMPETITIVE RANGE DETERMINATION (Contract No. N00033-66-C-5405) . . 173

11. PRE/POST - BCM (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . . . . . 175

Central Contractor Registration and Dun & Bradstreet Report

12. NOTICE TO UNSUCCESSFUL OFFEROR (Contract No. N00033-66-C-5405) . . . . 200

13. CONTRACT APPROVAL FORM (Contract No. N00033-66-C-5405) . . . . . . . . . . . . 202

14. AVAILABILITY OF FUNDS (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . 203

15. CONTRACTOR'S REPS AND CERTS (Contract No. N00033-66-C-5405) . . . . . . . . 207

16. AWARD (Contract No. N00033-66-C-5405) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

17. CONTRACT & MODIFICATIONS (Contract No. N00033-66-C-5405) . . . . . . . . . . . 234

18. CERTIFICATE OF DELIVERY OF VESSEL (Contract No. N00033-66-C-5405) . . . 336

CONTRACTING OFFICER'S CERTIFICATION OF ADMINISTRATIVE RECORD, DTD 9/13/07

## Documents Relating To Solicitation No. N00033-05-R-5400

19. PRE-SOLICITATION DOCUMENTS (Solicitation No. N00033-05-R-5400) . . . . . . 343

Acquisition Plan

Portions of a prior solicitation for related works used to create Statement of Work (SOW)

Government Estimate

Far East Re-Supply Tanker Time Charter Acquisition Strategy Briefing for Admiral Brewer

Plan of Actions & Milestones (POA&M)

Market Survey & Results

20. SYNOPSIS (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . . . . . . . . 396

21. SOURCE LIST (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . . . . . . . . 404

22. SBA DOCUMENTATION (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . 407

23. GOVERNMENT ESTIMATE OF CONTRACT PRICING
(Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 408

Government Estimate

Acquisition Plan

24. SOLICITATION AND AMENDMENTS (1-9)
(Includes Drafts & Supporting Documentation)
(Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 422

25. SECURITY REQUIREMENTS (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . 549

26. TRANSATLANTIC LINES ("TAL") OFFER (Solicitation No. N00033-05-R-5400)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 551

Final Proposal Revision, dtd 5/10/2005

Facsimile from TAL to MSC, Subj: Response to Facsimile
from K. Allen Dated 21 April 2005 Ref RFP N00033-05-R5400,
dtd 04/27/2005

TAL Initial Offer, due date 3/31/2005

27. SEALIFT OFFER (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . . . . . . 652

Final Proposal Revision, dtd 5/10/2005

Facsimile, *Subj:* N00033-05-R-5400 "Montauk," dtd 04/25/2005

Sealift Initial Offer, 03/29/2005

28. OTHER UNSUCCESSFUL OFFERORS (Solicitation No. N00033-05-R-5400) . . . . 694

Unsuccessful Offeror - Charles R. Weber Co. / Alliance Tanker
Chartering PTE LTD

Withdrawn Offeror - Maersk Line, Limited

29. CONTRACTOR'S CERTS & REPS (Solicitation No. N00033-05-R-5400) . . . . . . . . 872

30. SOURCE SELECTION DOCUMENTATION

(Solicitation No. N00033-05-R-5400) . . . . . . . . . . 893

Pre-Negotiation BCM

Post-Negotiation BCM

31. RESPONSIBILITY DETERMINATION (p. 6 of the Post — BCM) (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 914

32. EEO COMPLIANCE DOCUMENTS FOR TAL, SEALIFT, & MAERSK LINES (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 921

33. COST/PRICING ANALYSIS (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 932

Pricing Analysis from Post-Negotiation BCM

Pricing Analysis from Pre-Negotiation BCM

34. RECORD OF NEGOTIATIONS (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 941

Correspondence with TAL

Correspondence with Sealift

Correspondence with Maersk

Correspondence with Charles R. Weber Co.

35. JUSTIFICATION FOR THE TYPE OF CONTRACT—ACQUISITION PLAN (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 970

36. COMPETITIVE RANGE DETERMINATION (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 983

37. TECHNICAL EVALUATIONS (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 988

Technical Evaluation for TAL

Technical Evaluation for Sealift

Technical Evaluation for Maersk Lines

Technical Evaluation for Charles R. Weber Co. / Alliance Tanker

Chartering PTE LTD

Miscellaneous Initial Evaluations

38. PRICE EVALUATIONS (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . 1002

39. PAST PERFORMANCE EVALUATIONS (Solicitation No. N00033-05-R-5400) . 1012

40. AWARD DOCUMENTATION (Solicitation No. N00033-05-R-5400) . . . . . . . . . . 1035

Post-BCM and Supporting Documentation (Central Contractor Registration and Dun & Bradstreet

41. NOTICE OF AWARD (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . 1075

42. SIGNED CONTRACT/AWARD (Solicitation No. N00033-05-R-5400) . . . . . . . . . 1079

43. AWARD SYNOPSIS (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . 1134

44. NOTICE TO UNSUCCESSFUL OFFEROR (TAL) (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1138

45. DEBRIEF TO UNSUCCESSFUL OFFEROR (TAL) (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1140

46. TERMINATION FOR CONVENIENCE OF CONTRACT NO. N00033-05-C-5400 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1155

47. MISCELLANEOUS DOCUMENTS (Solicitation No. N00033-05-R-5400) . . . . . . 1161

48. PROTEST HISTORY (Solicitation No. N00033-05-R-5400) . . . . . . . . . . . . . . . . . 1181

Letter from MSC to Blank & Rome (attorneys for TAL), Subj: RFP N00033-05-R-5400, dtd 12/05/2005; Ref: Letter from Blank & Rome to MSC (Dan Wentzell),Subj:RevisedDelivery Date for Solicitation N00033-05-R-5400, dtd 09/08/2005

E-Mail from Gudmunder Kjaernested to Kenneth D. Allen, Subj: FW: TAL- Market Survey for Far East Tanker, dtd 11/23/2005; Attachment: Letter from Blank & Rome to MSC (Robert Elwell), Subj: TransAtlantic Lines, LLC ("TAL") Market Survey for Far East Tanker, dtd 11/22/2005

Facsimile from Nemirow, Hu & Shea (attorneys for Sealift), Subj: Protest of Sealift Inc. to Contracting Officer, dtd 09/09/05

Facsimile of Decision from GAO, Subj: B-296572.2, dtd 08/12/05

Facsimile from MSC to Blank & Rome, Subj: Protest of TransAtlantic Lines, ("TAL") GAO Case No. B-296572.1, dtd 08/03/2005

Facsimile from Blank & Rome to GAO, Subj: Protest of TransAtlantic Lines, Reply to Opposition to Request forReimbursement of Costs, dtd 08/04/05

Facsimile from MSC to GAO, Subj: Protest of TransAtlantic Lines, B-296572, Request for Reimbursement of Costs, dtd 08/02/05

Facsimile from Blank & Rome to MSC (Robert Elwell), Subj: RFP N00033-05-R-5400, Protest of TransAtlantic Lines LLC ("TAL"), B-296572, dtd 08/01/05

Facsimile from Blank & Rome to GAO, Subj: Protest of TAL, Request for Reimbursement of Costs, dtd 07/27/05

Facsimile from TAL to MSC, Subj: RFP N00033-05-R-5400, dtd 07/14/05

Letter from MSC to TAL, Subj: RFP No. N00033-05-R-5400, dtd 07/14/05

Letter from MSC to Sealift, Subj: RFP No. N00033-R-5400, dtd 07/14/05

Facsimile from GAO, Subj: B-296572, dtd 07/13/05

Facsimile of Decision from GAO, Subj: B-296572, dtd 07/12/05

Facsimile from Nemirow, Hu & Shea, Subj: Reply of Intervenor Sealift Inc., dtd 7/12/05

Facsimile from Blank & Rome to GAO, Subj: Reply to MSC's Response to TAL's Opposition to Motion for Summary Dismissal of Protest of TransAtlantic Lines LLC, B-296572, dtd 07/11/05

Facsimile from MSC to GAO, Subj: Reply to TransAtlantic Lines LLC's Opposition to Government's Notice of Correction Action and Motion for Summary Dismissal, dtd 07/11/2005

Facsimile from GAO, Subj: B-296572 TransAtlantic Lines, LLC, dtd 07/08/2005

Facsimile from Blank & Rome to GAO, Subj: Response to MSC's Notice of Corrective Action and Motion for Summary Dismissal Protest of TransAtlantic Lines LLC, B-296572, dtd 07/08/2005

Facsimile from GAO, Subj: B-296572 TransAtlantic Lines, LLC, dtd 07/08/2005

Facsimile from MSC (Contracting Officer) to Sealift Inc., Subj: Corrective Action, dtd 07/07/2005

Facsimile from MSC to GAO, Subj: Government's Notice of Corrective Action and Motion for Summary Dismissal, dtd 07/07/2005

Facsimile from GAO, Subj: B-296572 TransAtlantic Lines, LLC, dtd 06/29/2005

Facsimile from GAO, Subj: B-296572 TransAtlantic Lines, LLC, Notice of Admission to Protective Order, dtd 06/27/2005

Facsimile from Blank & Rome to GAO, Subj: Sur-reply to MSC's Response to TAL's Opposition to Motion for Summary Dismissal of Protest of TransAtlantic Lines, LLC, B-296572, dtd 06/24/2005

Facsimile from Nemirow, Hu & Shea to GAO, Subj: Response of Sealift, Inc. to Opposition to Motion to Dismiss, dtd 06/23/2005

Facsimile from GAO, Subj: B-296572 TransAtlantic Lines, LLC, dtd 06/22/2005

Facsimile from GAO, Subj: Notice of Admission to the Protective Order, dtd 06/21/2005

Facsimile from Blank & Rome to GAO, Subj: Opposition to MSC's Motion for Summary Dismissal of Protest of TransAtlantic Lines, LLC B-296572, dtd 06/20/2005

Facsimile from Nemirow, Hu & Shea to GAO, Subj: Motion to Dismiss, dtd 06/20/2005

Facsimile from Blank & Rome to GAO, Subj: Protest of TransAtlantic Lines, LLC B-296572, dtd 06/16/2005

Memorandum to File, Subj: PhonCon w/ B. Bannon, Blank Rome of 16 June 05 @1216, dtd 06/16/2005

Facsimile from GAO, Subj: B-296572, dtd 06/16/2005

Submission by MSC to GAO, Subj: Motion for Summary Dismissal, dtd 06/15/2005

Facsimile from GAO, Subj: Notification of Protective Order, dtd 06/15/2005

Facsimile from Nemirow, Hu & Shea to GAO, Subj: Request for Intervention, dtd 06/13/2005

Facsimile from MSC to GAO, Subj: Notice of Appearance, dtd 06/13/2005

Facsimile from GAO, Subj: Acknowledgment of Protest, dtd 06/10/2005

Facsimile from MSC (Contracting Officer) to Sealift, Subj: Protest of TransAtlantic Lines, LLC, dtd 06/09/2005

Facsimile from Blank & Rome to GAO, Subj: Proposed Redactions to Protest of TransAtlantic Lines LLC, dtd 06/08/05

Facsimile from Blank & Rome to GAO, Subj:

CONTRACTING OFFICER'S CERTIFICATION OF ADMINISTRATIVE RECORD, DTD 9/13/07

## Documents Relating To Contract No. N00033-06-C-5409

49. PRE-SOLICITATION DOCUMENTATION (Contract No. N00033-06-C-5409) . . 1427

A. PLAN OF ACTIONS AND MILESTONES (ORIGINAL & REVISED)

B. PRE-SOLICITATION NOTICE

C. ACQUISITION PLAN

D. ACQUISITION STRATEGY BRIEF PREPARED FOR COMMANDER MILITARY SEALIFT COMMAND

E. STATEMENT OF WORK

50. PUBLICATION OF SOLICITATION AND LIST OF SOURCES (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1471

51. SMALL BUSINESS COORDINATION RECORD (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1479

52. GOVERNMENT ESTIMATE (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . 1480

53. SOLICITATION AND RELATED DOCUMENTS (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1481

A. SOLICITATION

B. AMENDMENTS 1-8 (Note: The file reflects two different amendments assigned the number 6, no amendment was assigned the number 7.)

C. AGENCY RESPONSE TO QUESTIONS BY OFFERORS

54. PROPOSALS (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . 1597

A. SEALIFT — INITIAL OFFER, DTD 4/19/06

B. SEALIFT — FPR, DTD 06/12/06

C. SEALIFT OFFER EXTENSION, DTD 06/13/2007

D. TRANSATLANTIC LINES — INITIAL OFFER OF THE EMRE-T, DTD 03/31/06

E. TRANSATLANTIC LINES — INITIAL OFFER OF THE BONITO, DTD 03/31/06

F. LETTERS FROM TRANSATLANTIC LINES

ACKNOWLEDGING AMENDMENTS 0001- 0004, DTD 05/05/06 AND ACKNOWLEDGING AMENDMENTS 0001 — 0005, DTD 05/05/06

G. LETTER FROM TRANSATLANTIC LINES WITHDRAWING OFFER OF THE EMRE-T, DTD 05/22/06

H. TRANSATLANTIC LINES REVISED OFFER OF THE BONITO, DTD 06/06/06

I. TRANSATLANTIC LINES FPR, DTD 06/09/06

J. TRANSATLANTIC LINES LONG TERM TANK TIMER CHARTER, DTD 07/13/06

55. SOURCE SELECTION DOCUMENTS (Contract No. N00033-06-C-5409) . . . . . 1975

A. PRE- AWARD BUSINESS CLEARANCE MEMORANDUM

B. POST-BUSINESS CLEARANCE MEMORANDUM

56. EQUAL EMPLOYMENT OPPORTUNITY CLEARANCES (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1994

A. SEALIFT COMPLIANCE, DTD 04/27/06

C. TRANSATLANTIC LINES COMPLIANCE, DTD 04/27/06

57. DISCUSSIONS/COMMUNICATION/CORRESPONDENCE (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2000

A. COMMUNICATION WITH SEALIFT

Facsimile from Sealift, Inc. to Ken Allen, Subj: Request for Debrief; dtd 07/21/06

Letter from Kenneth Allen to Sealift, Inc., Subj: Notification of Award to TransAtlantic Lines, dtd 07/21/06

Facsimile from Sealift, Inc. to Lee Anderson, Subj: Reply to Discussions, dtd 05/22/06

Facsimile from Lee Anderson to Sealift, Inc., Subj: Discussion Requirement, dtd 5/19/06, Encl. Letter from Kenneth Allen, dtd 05/19/06

Facsimile from Kenneth Allen to Sealift, Inc., Subj: Discussion Questions, dtd 05/17/06

E-mail from Kenneth Allen to Lee Anderson, Subj: Fwd. Request for Clarifications from Sealift, Inc., dtd 04/07/06

B. COMMUNICATION WITH TRANSATLANTIC LINES

Facsimile from Kenneth Allen to TransAtlantic Lines, Subj: Competitive Range, dtd 06/20/06

Letter from Kenneth Allen to TransAtlantic Lines, Subj: Expiration of Offer, dtd 06/16/06

Letter from TransAtlantic Lines to Military Sealift Command, Subj: Tanker Time Charter/Modification P00001, dtd 05/30/06

Facsimile from Lee Anderson to TransAtlantic Lines, Subj: N00033-06-C-5510 Modification P00001, dtd 05/25/06

Letter from TransAtlantic Lines to Military Sealift Command, Subj: Withdrawal of EMRE-T from Solicitation N00033-06-R-5409, dtd 05/22/06

Letter from TransAtlantic Lines to Military Sealift Command, Subj: Reply to Discussion Questions, dtd 05/22/06

E-mail from Valerie Bowen to Kenneth Allen, Subj: RFP N00033-06-R-5409 discussions, dtd 05/22/06

Facsimile from Lee Anderson to TransAtlantic Lines, Subj: Discussions Letter (N00033-06-R-5409) — EMRE-T & BONITO,dtd 05/17/06

E-mail Chain Re. Nitrogen Blanket vs. IGS, dtd 04/05/06

58. COMPETITIVE RANGE DETERMINATION & REDETERMINATION (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . 2044

59. PRICE EVALUATIONS (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . 2049

60. TECHNICAL EVALUATIONS (Contract No. N00033-06-C-5409) . . . . . . . . . . . . 2052

A. SEALIFT EVALUATIONS

B. TRANSATLANTIC EVALUATIONS

61. PAST PERFORMANCE EVALUATIONS - (Contract No. N00033-06-C-5409) . . 2067

A. SEALIFT PAST PERFORMANCE EVALUATIONS

B. TRANSATLANTIC LINES PAST PERFORMANCE EVALUATIONS

62. RESULTS OF EXCLUDED PARTIES LIST SEARCH; CENTRAL CONTRACTOR REGISTRATION DOCUMENTATION (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2145

63. POST BUSINESS CLEARANCE MEMORANDUM (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2163

64. NOTICE OF AWARD/CHINFO DOCUMENTS (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2172

65. AWARD TO TRANSATLANTIC LINES (Contract No. N00033-06-C-5409) . . . . 2185

66. CONTRACT MODIFICATIONS: P00001 & P00002 (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2191

67. NOTICE TO UNSUCCESSFUL OFFEROR (SEALIFT, INC.) (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2224

68. REQUEST FOR DEBRIEF BY SEALIFT, INC. & MEMORANDUM TO THE FILE RE. DEBRIEF, DTD 07/31/06 (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2225

69. AGENCY PROTEST OF TRANSATLANTIC LINES, LLC —SOLICITATION

NO. N00033-06-R-5409 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2228

Letter from Blank & Rome to Kenneth Allen, Subj: Withdrawal of Agency Protest of TransAtlantic Lines, LLC — Solicitation No. N00033-06-R-5409, dtd 06/21/06

Letter from Blank & Rome to Kenneth Allen, Subj: Agency Protest of TransAtlantic Lines, LLC — Solicitation No. N00033-06R-5409, dtd 06/19/06

70. SMALL BUSINESS STATUS PROTEST (Contract No. N00033-06-C-5409) . . . . 2235

Letter from the U.S. Small Business Administration to TransAtlantic Lines., Subj: Notification of Size Determination Case No: 1-SD-2006-39, dtd 07/07/06

Letter from the U.S. Small Business Administration to Sealift, Inc., Subj: Size Determination Case No: 1-SD-2006-39, dtd 07/14/06

Letter from the Small Business Administration to TransAtlantic Lines, Subj: Size Determination Case No: 1-SD-2006-39, dtd 07/07/06

Facsimile from Kenneth Allen to Small Business Administration, dtd 07/06/06

Facsimile from Sealift, Inc. to Kenneth Allen, Subj: N00033-06-R5409 TAL — Small Business Status, dtd 07/03/06

71. SEALIFT, INC'S. PROTEST OF CONTRACT AWARD NO. 00033-06-C-5409 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2247

A. ADVANCED NOTICE TO CONTRACTING OFFICER OF SEALIFT'S PROTEST, DTD 08/07/06

B. FAXED COPY OF PROTEST, DTD 08/07/06 COPY OF PROTEST FILED BY SEALIFT, INC

C. FAXED COPY OF PROTEST, DTD 08/07/06 REDACTED COPY OF PROTEST FILED BY SEALIFT, INC.

72. NOTICE TO APPEAR AND PROTECTIVE ORDERS

(Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2336

Facsimile from Robert Elwell to Mary G. Curcio, Subj: Protest of Sealift, Inc. GAO Case No. B-298588, Solicitation No. N0003305-R-5409 [sic], dtd 08/14/06

Facsimile from Winston & Strawn, LL .P to Robert Elwell, Subj: Application for Access to Material Under a Protective Order, dtd 08/15/06

Facsimile from Blank & Rome to Mary Curcio, Subj: Applications for Access to Material Under a Protective Order; Protest of Sealift,Inc., B-298588.001, dtd 08/15/06

Facsimile from Nemirow Hu & Shea to Mary Curcio, Subj: Protest of Sealift, Inc. GAO Case No. B-298588, Application for Access to Material, dtd 08/16/06

73. FACSIMILES FROM GAO IN RESPONSE TO PROTEST & NOTICE OF PROTECTIVE ORDER (Contract No. N00033-06-C-5409) . . . . . . 2364

Facsimile from GAO, Subj: Acknowledgment of Protest & Notice of Protective Order, dtd 08/15/07

Facsimile from GAO, Subj: Notice of Admission to Protective Order, dtd 08/17/06

74. LETTER FROM KENNETH ALLEN TO TRANSATLANTIC LINES, NOTIFYING AWARDEE OF PROTEST, DTD 08/08/06 (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2382

75. AWARDEE' S REQUEST TO INTERVENE (Contract No. N00033-06-C-5409) . . 2384

E-mail from Brian Bannon to Kenneth Allen, Subj: MSC Tanker Protest, dtd 08/09/06

Facsimile from Blank & Rome to the GAO, Subj: Request to Intervene Protest of Sealift, Inc., dtd 08/09/06

76. ATTORNEY CORRESPONDENCE RE. REDACTIONS (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2388

Facsimile from Blank& Rome to Mary G. Curcio, Subj:

Protest of Sealift, Inc., B-298588 Reply to Sealift's Letter Regarding Redactions, dtd 8/23/06

Facsimile of Letter from Winston & Strawn, LLP to Mary G. Curcio, Subj: Objections ofTransAtlantic Lines, LLC Redactions in Protest, 08/22/06

Facsimile from Blank & Rome to Mary G. Curcio, Subj: Objections to Redactions in Protest, dtd 8/17/06

Facsimile of Letter from Blank & Rome to Constantine G. Papavizas, Subj: Objections to Redactions in Protest, dtd 08/15/06

77. MOTION TO DISMISS PROTEST AND RELATED RESPONSES (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2436

E-mail from Robert Elwell to Mary G. Curcio, Subj: Correction B298588, dtd 8/24/06

Letter from Robert Elwell to Mary G. Curcio, Subj: Protest of Sealift, Inc., dtd 08/24/06

Facsimile from Blank & Rome to Mary G. Curcio, Subj: Reply to Sealift Opposition to TAL's Motion for Summary Dismissal, dtd08/24/06

Facsimile from Winston & Strawn to Mary G. Curcio, Subj: Protest of Sealift, Inc., dtd 08/23/06

E-mail from Mary G. Curcio to Robert Elwell, Subj: Protest Redacted - - GAO Case No. B-298588, dtd 08/22/06

Facsimile from Blank & Rome to Mary G. Curcio, Subj: Motion for Summary Dismissal and Reply to Opposition of Sealift, Inc.,dtd 08/21/06

Facsimile from Winston & Strawn to Mary G. Curcio, Subj: Protest of Sealift, Inc., Opposition of Sealift, Inc. to Government Motion for Summary Dismissal, dtd 08/18/06

Facsimile from Military Sealift Command, Office of Counsel to Mary G. Curcio, dtd 08/16/06

78. GAO REQUEST FOR CONFERENCE CALL AND RELATED DOCUMENTS (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . 2506

E-mail from Mary G. Curcio to All Parties, Subj: Sealift Protest, dtd 08/29/06

Facsimile from Blank & Rome to Mary G. Curcio, Subj: Final Comments on GAO Conference Call, dtd 09/01/06

Facsimile from Military Sealift Command, Office of Counsel, Subj: Protest of Sealift, Inc., dtd 09/08/06

Facsimile from Winston & Strawn, LLP to Mary G. Curcio, Subj: Additional Submission of Sealift, Inc. re. Motions for Summary Dismissal, dtd 09/08/06

Facsimile from Blank & Rome to Mary G. Curcio, Subj: Final Comments on GAO Conference Call, dtd 09/08/06

79. GAO DECISION, SUBJ: SEALIFT, INC., DTD 10/13/06 (Contract No. N00033-06-C-5409) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2535

CONTRACTING OFFICER'S CERTIFICATION OF ADMINISTRATIVE RECORD, DTD 08/29/07