# In the United States Court of Federal Claims

No. 07-627C
Filed: February 7, 2008

| | |
|---|---|
| SEALIFT, INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

Pursuant to the February 7, 2008 telephone conference, the court orders the following revised schedule:

1. Plaintiff will file a Motion for Judgment on the Administrative Record on or before February 12, 2008.

2. Defendant will file a Response to Plaintiff's Motion for Judgment on the Administrative Record and a Cross-Motion for Judgment on the Administrative Record on or before March 12, 2008.

3. Plaintiff will file a Response to Defendant's Cross-Motion for Judgment on the Administrative Record and a Reply to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record on or before March 26, 2008.

4. Defendant will file a Reply to Plaintiff's Response to Defendant's Cross-Motion for Judgment on the Administrative Record on or before April 9, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**