IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| SEALIFT, INC., | ) | |
| | ) | No. 07-627 |
| Plaintiff, | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a seven-day enlargement of time, through and including March 19, 2008, within which to file its cross-motion and response to plaintiff's motion for judgment upon the administrative record. Currently, the Government's response is due March 12, 2008. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through its respective counsel, has been contacted regarding this request and does not oppose this motion so long as the plaintiff's response and reply deadline is also enlarged seven days, to and including April 2, 2008.

This enlargement is requested to provide the Government sufficient time to respond to plaintiff's pleading and draft its own cross-motion in light of Government counsel's unexpected illness. Government counsel became ill on March 6, 2008, and returned to the office from sick leave the afternoon of March 11, 2008. For these reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

March 11, 2008

Attorneys for Defendant