# In the United States Court of Federal Claims

No. 07-627C
Filed: March 12, 2008

************************************
SEALIFT, INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
************************************

**ORDER**

Defendant's Unopposed Motion for an Enlargement of Time is granted. Therefore, the court orders the following revised schedule:

1. Defendant will file a Response to Plaintiff's Motion for Judgment on the Administrative Record and a Cross-Motion for Judgment on the Administrative Record on or before March 19, 2008.

2. Plaintiff will file a Response to Defendant's Cross-Motion for Judgment on the Administrative Record and a Reply to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record on or before April 2, 2008.

3. Defendant will file a Reply to Plaintiff's Response to Defendant's Cross-Motion for Judgment on the Administrative Record on or before April 16, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**