IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| SEALIFT, INC., | ) | |
| | ) | No. 07-627 |
| Plaintiff, | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a six-day enlargement of time, through and including March 25, 2008, within which to file its cross-motion and response to plaintiff's motion for judgment upon the administrative record. Currently, the Government's response is due March 19, 2008. This is defendant's second request for an enlargement of time for this purpose. The plaintiff, through its respective counsel, has been contacted regarding this request and does not oppose this motion so long as the plaintiff's response and reply deadline is also enlarged six days, to and including April 8, 2008.

This enlargement is requested to provide the Government additional time to obtain the necessary approvals and review of the Government's response and cross-motion. Plaintiff's motion, proposed facts, and supporting brief altogether comprised more than 70 pages of briefing to which the Government must respond. This, along with the delay caused by Government counsel's unexpected illness, has resulted in the Government requiring a few additional days to complete and circulate its response and cross-motion for discussion and review among officials with the Navy and the Justice Department.

For these reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3689
Fax: (202) 305-7643

March 19, 2008

Attorneys for Defendant