# In the United States Court of Federal Claims

No. 07-627C
Filed: March 20, 2008

```
***********************************
                                  *
SEALIFT, INC.,                    *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

Defendant's Second Unopposed Motion for an Enlargement of Time is granted. Therefore, the court orders the following revised schedule:

1. Defendant will file a Response to Plaintiff's Motion for Judgment on the Administrative Record and a Cross-Motion for Judgment on the Administrative Record on or before March 25, 2008.

2. Plaintiff will file a Response to Defendant's Cross-Motion for Judgment on the Administrative Record and a Reply to Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record on or before April 8, 2008.

3. Defendant will file a Reply to Plaintiff's Response to Defendant's Cross-Motion for Judgment on the Administrative Record on or before April 22, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**