# In the United States Court of Federal Claims

No. 07-627C
Filed: June 9, 2008

************************************
*
SEALIFT, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

## ORDER

The two October 26, 2007 letters from the Defense Security Services, filed as attachments to the Government's December 14, 2007 Response to the Plaintiff's Motion to Supplement the Administrative Record, are hereby entered into the Administrative Record, as AR 3048 (attachment 1) and AR 3049 (attachment 2).

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**