# In the United States Court of Federal Claims

No. 07-627C
Filed: June 16, 2008

```
***********************************
                                  *
SEALIFT, INC.,                    *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

Plaintiff's June 12, 2008 Unopposed Motion to Supplement the Administrative Record is granted. The three-page Declaration of John Raggio, filed as an attachment to Plaintiff's Motion, is hereby entered into the Administrative Record as AR 3050-52.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**